```
 1  MCGREGOR W. SCOTT
    United States Attorney
 2  JONATHAN B. CONKLIN
    Assistant U.S. Attorney
 3  3654 Federal Building
    1130 "O" Street
 4  Fresno, California 93721
    Telephone: (559) 498-7272
 5
 6             IN THE UNITED STATES DISTRICT COURT FOR THE
 7                    EASTERN DISTRICT OF CALIFORNIA
 8
 9  UNITED STATES OF AMERICA,     )    CR. F. NO. 04-5042 REC
                                  )
10              Plaintiff,        )
                                  )    STIPULATION TO CONTINUE
11       v.                       )    HEARING
                                  )    (Order Thereon)
12                                )
                                  )
13  DEON DEVINE,                  )
                                  )
14              Defendant.        )
                                  )
15  _____)
```

It is hereby stipulated by and between the parties that the hearing set for April 25, 2005, shall be continued to May 31, 2005. This continuance is necessary due to allow the for the matter to be transferred to the Southern District of Texas and for the completion of all necessary documentation related to that transfer. The delay is also necessary to allow for review of discovery and filing of any necessary motions, taking into the

//
//
//
//

1

1  account the exercise of due diligence by the parties.  Both
2  parties request, therefore, that time be excluded pursuant to 18
3  U.S.C. § 3161.

                                        MCGREGOR W. SCOTT
                                        United States Attorney

DATED: April 25, 2005          By,  Jonathan B. Conklin
                                        JONATHAN B. CONKLIN
                                        Assistant U.S. Attorney


DATED: April 25, 2005          By,   Robert Rainwater
                                        ROBERT RAINWATER
                                        Attorney for Defendant
                                        Deon Devine


IT is hereby ordered that the hearing currently set for April 25, 2005, shall be continued to May 31, 2005, at 10:00 am to allow for the matter to be transferred to the Southern District of Texas and for the completion of all necessary documentation related to that transfer.  The delay is also necessary to allow

//
//
//
//
//

2

for review of discovery and filing of any necessary motions, taking into the exercise of due diligence by the parties. Time shall be excluded pursuant to 18 U.S.C. § 3161.

DATE: April 26, 2005             /s/ ROBERT E. COYLE
                                 Robert E. Coyle
                                 Senior United States District
                                 Court Judge