QUIN DENVIR, Bar #49374
Federal Defender
ROBERT W. RAINWATER, Bar #67212
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
DEON WESTLEY DEVINE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO. CR. F-04-5042 REC |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | STIPULATION TO CONTINUE MOTIONS HEARING, AND ORDER THEREON |
| DEON WESTLEY DEVINE, | ) | |
| Defendant. | ) | Date:  June 27, 2005<br>Time:  10:00 a.m.<br>Judge: Honorable Robert E. Coyle |

**STIPULATION**

It is hereby stipulated by and between the parties hereto that the hearing on motions in the above entitled matter previously set for May 31, 2005, be continued to **June 27, 2005, at 10:00 a.m.**

The reason for this continuance is to allow counsel for defendant time for further preparation.

The parties agree that any delay resulting from this continuance shall be excluded in the interest of justice pursuant to 18 U.S.C. §§ 3161(h)(I)(F), 3161(h)(8)(A) and § 3161(h)(8)(B)(i).

///

///

///

///

|   |   |   |   |
|---|---|---|---|
|   |   |   | McGREGOR W. SCOTT<br>United States Attorney |
| DATED: May 25, 2005 |   | By: | /s/ Jonathan B. Conklin<br>JONATHAN B. CONKLIN<br>Assistant U.S. Attorney<br>Attorney for Plaintiff |
|   |   |   | QUIN DENVIR<br>Federal Public Defender |
| DATED: May 25, 2005 |   | By: | /s/ Robert W. Rainwater<br>ROBERT W. RAINWATER<br>Assistant Federal Defender<br>Attorney for Defendant<br>Deon Westley Devine |

**ORDER**

IT IS SO ORDERED.

DATED: May 25, 2005

/s/ ROBERT E. COYLE
_____
ROBERT E. COYLE
United States District Judge

Stip. to Continue Mtns Hrg and Order                    2