**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **1:04-cr-5042 OWW** |
| | ) | |
| Plaintiff, | ) | **ORDER FOR MARSHAL TO** |
| | ) | **PROVIDE TRANSPORTATION FOR** |
| v. | ) | **SENTENCING** |
| | ) | |
| **DEON WESTLEY DEVINE,** | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| _____ | ) | |

Defendant Deon Westley Devine shall appear on March 7, 2006, at the hour of 9:00 a.m. in Courtroom 3 of this Court for sentencing.  It has been established by competent evidence to the satisfaction of the Court that the Defendant is financially unable to provide the necessary transportation to appear before this Court on his own.

IT IS ORDERED that the United States Marshal for the Eastern District of California shall arrange for the Defendant's means of non-custodial transportation or furnish the fare for such transportation to Fresno, California, where his appearance is required, and shall furnish the Defendant with an amount of money for subsistence expenses to his destination, not to exceed the amount authorized as a per diem allowance for travel under

1

1  § 5702(a) of Title 5, United States Code.
2
3  DATED:   February 17, 2006.
4
5                                        /s/ OLIVER W. WANGER
                                   _____
6                                           Oliver W. Wanger
                                       United States District Judge
7  devine order