QUIN DENVIR, Bar #49374
Federal Defender
ROBERT W. RAINWATER, Bar #67212
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
DEON WESTLEY DEVINE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    *Plaintiff,*<br><br>v.<br><br>DEON WESTLEY DEVINE,<br><br>    *Defendant.* | NO. CR. F-04-5042 OWW<br><br>DEFENDANT'S REQUEST FOR NONCUSTODIAL TRANSPORTATION AND SUBSISTENCE EXPENSES<br><br>Date:  June 13, 2006<br>Time:  9:00 a.m.<br>Judge: Honorable Oliver W. Wanger |

    Defendant, Deon Westley Devine, by and through his attorney of record, hereby moves for an order directing the United States Marshal to arrange for his noncustodial transportation and expenses from Houston, Texas to Fresno, California., pursuant to Title 18, United States Code, Section 4285.  Mr. Devine appearance before this court in Fresno, California, on April 14, 2004, travel arrangements were made and paid by the U.S. Marshal.  The court was satisfied of Mr. Devine's financial inability to provide the necessary transportation to appear before this court on his own.

///
///
///
///
///
///

1  Mr. Devine currently resides in Houston, Texas and respects that he does not have the financial
2  means to travel to Fresno, California  from Houston, Texas.
3  Dated:  April 23, 2005

                                                Respectfully submitted,

                                                QUIN DENVIR
                                                Federal Defender


                                                /s/    Robert W. Rainwater
                                                ROBERT W. RAINWATER
                                                Assistant Federal Defender
                                                Attorney for Deon Westley Devine

1  QUIN DENVIR, Bar #49374
   Federal Defender
2  ROBERT W. RAINWATER, Bar #67212
   Assistant Federal Defender
3  2300 Tulare Street, Suite 330
   Fresno, California  93721-2226
4  Telephone: (559) 487-5561

5  Attorney for Defendant
   DEON WESTLEY DEVINE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR. F-04-5042 OWW |
| *Plaintiff,* | ORDER FOR NONCUSTODIAL TRANSPORTATION AND SUBSISTENCE EXPENSES |
| v. | |
| DEON WESTLEY DEVINE, | Date:  September 12, 2005 |
| *Defendant.* | Time:  9:00 a.m. |
| | Judge: Honorable Oliver W. Wanger |

**ORDER**

IT IS ORDERED, that pursuant to Title 18, United States Code, Section 4285, the United States Marshal be ordered to arrange for Mr. Deon Devine's means of noncustodial transportation or furnish the fare for such transportation as well as furnish Mr. Devine with an amount of money for subsistence expenses from Houston, Texas to Fresno, California.  Defendant currently resides at 710 E. 40½ St, Houston, Texas 77022.  His telephone number is 281-755-0236.

IT IS SO ORDERED.

**Dated:   June 8, 2006**         **/s/ Oliver W. Wanger**
emm0d6                            UNITED STATES DISTRICT JUDGE