QUIN DENVIR, Bar #49374
Federal Defender
ROBERT W. RAINWATER, Bar #67212
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
DEON WESTLEY DEVINE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>    *Plaintiff,*    )<br>)<br>    v.    )<br>)<br>DEON WESTLEY DEVINE,    )<br>)<br>    *Defendant.*    )<br>) | NO. CR. F-04-5042<br><br>CORRECTED<br>ORDER FOR NONCUSTODIAL<br>TRANSPORTATION AND SUBSISTENCE<br>EXPENSES<br><br>Date:  **June 13, 2006**<br>Time:  9:00 a.m.<br>Judge:  Honorable Oliver W. Wanger |

**ORDER**

IT IS ORDERED, that pursuant to Title 18, United States Code, Section 4285, the United States Marshal be ordered to arrange for Mr. Deon Devine's means of noncustodial transportation or furnish the fare for such transportation as well as furnish Mr. Devine with an amount of money for subsistence expenses from Houston, Texas to Fresno, California.  Defendant currently resides at 710 E. 40½ St, Houston, Texas 77022. His telephone number is 281-755-0236.

Dated:  June 9, 2006        /s/ OLIVER W. WANGER
                            OLIVER W. WANGER
                            United States District Court Judge