```
 1  DANIEL J. BRODERICK, #89424
    Federal Defender
 2  VICTOR M. CHAVEZ, Bar #113752
    Assistant Federal Defender
 3  Designated Counsel for Service
    2300 Tulare Street, Suite 330
 4  Fresno, California  93721-2226
    Telephone: (559) 487-5561
 5
    Attorney for Defendant
 6  DEON WESTLEY DEVINE
 7
```

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. 1:04-cr-5042 OWW |
| Plaintiff, | ) ) ) | STIPULATION TO CONTINUE INITIAL APPEARANCE; ORDER |
| v. | ) ) | Date:  January 20, 2010 |
| DEON WESTLEY DEVINE, | ) ) | Time:  1:30 p.m. Judge: Hon. Gary S. Austin |
| Defendant. | ) ) | |

IT IS HEREBY STIPULATED by and between the parties hereto, through their respective counsel of record that the initial appearance in the above captioned matter scheduled for December 7, 2009 at 1:30 p.m. may be continued to **January 20, 2010 at 1:30 p.m.**

The reason for this continuance is that Mr. Devine resides in Houston, Texas and the parties wish to attempt to reach a resolution of the matter prior to his initial appearance. This continuance will conserve time and resources for both parties and the court.

///
///
///
///
///
///

```
                                        BENJAMIN B. WAGNER
                                        United States Attorney

DATED:  December 3, 2009        By:      /s/ Mark  Cullers
                                        MARK CULLERS
                                        Assistant U.S. Attorney
                                        Attorney for Plaintiff



                                        DANIEL J. BRODERICK
                                        Federal Public Defender

DATED:  December 3, 2009        By:  /s/ Victor M. Chavez
                                        VICTOR M. CHAVEZ
                                        Assistant Federal Defender
                                        Attorney for Defendant
                                        Deon Westley Devine
```

**O R D E R**

**IT IS SO ORDERED**.

DATED: December 4, 2009

                                 /s/ Gary S. Austin
                                GARY S. AUSTIN
                                UNITED STATES MAGISTRATE JUDGE