IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    vs.<br><br>DEON WESTLEY DEVINE,<br><br>        Defendant. | No. CR-F-04-5042 OWW<br><br>ORDER DIRECTING CLERK OF COURT TO SERVE LETTER FROM DEFENDANT ON FEDERAL DEFENDER, U.S. ATTORNEY, AND U.S. PROBATION |

   The Clerk of the Court is directed to serve the attached letter on the Federal Defender, the United States Attorney, and United States Probation.

IT IS SO ORDERED.

Dated:   December 14, 2009              /s/ Oliver W. Wanger
                                       UNITED STATES DISTRICT JUDGE

1