| | |
|---|---|
| 1 | DANIEL J. BRODERICK, #89424 |
|   | Federal Defender |
| 2 | VICTOR M. CHAVEZ, Bar #113752 |
|   | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
|   | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, California  93721-2226 |
|   | Telephone: (559) 487-5561 |

Attorney for Defendant
DEON WESTLEY DEVINE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. 1:04-cr-05042 OWW |
| ) | |
| Plaintiff, ) | STIPULATION TO CONTINUE INITIAL |
| ) | APPEARANCE; ORDER |
| v. ) | |
| ) | Date: February 8, 2010 |
| DEON WESTLEY DEVINE, ) | Time: 9:00 a.m. |
| ) | Judge: Hon. Oliver W. Wanger |
| Defendant. ) | |
| ) | |

IT IS HEREBY STIPULATED by and between the parties hereto, through their respective counsel of record that the initial appearance in the above-captioned matter scheduled for January 20, 2010 at 2:00 p.m., before Magistrate Judge Sandra M. Snyder, may be continued to **February 8, 2010 at 9:00 a.m., before Judge Oliver W. Wanger.**

The reason for this continuance is that Mr. Devine resides in Houston, Texas, and the parties are attempting to resolve this violation in a single proceeding.  Continuance of the hearing in this instant matter will provide judicial economy and conserve  time and resources for all parties and the court.

///

///

///

///

///

```
                                    BENJAMIN B. WAGNER
                                    United States Attorney

DATED: January 19, 2010         By:  /s/ Mark  Cullers
                                    MARK CULLERS
                                    Assistant U.S. Attorney
                                    Attorney for Plaintiff



                                    DANIEL J. BRODERICK
                                    Federal Public Defender

DATED: January 19, 2010         By: /s/ Victor M. Chavez
                                    VICTOR M. CHAVEZ
                                    Assistant Federal Defender
                                    Attorney for Defendant
                                    Deon Westley Devine
```

**O R D E R**

IT IS SO ORDERED.

**Dated:   January 19, 2010**            **/s/ Dennis L. Beck**
                                    UNITED STATES MAGISTRATE JUDGE

Devine: Stipulation to Continue Status Conference Hrg

2