DANIEL J. BRODERICK, #89424
Federal Defender
VICTOR M. CHAVEZ, Bar #113752
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
DEON WESTLEY DEVINE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        *Plaintiff,*<br><br>    v.<br><br>DEON WESTLEY DEVINE,<br><br>        *Defendant.* | NO. 1:04-cr-05042 OWW<br><br>***AMENDED*** STIPULATION TO CONTINUE STATUS CONFERENCE; [PROPOSED] ORDER<br><br>Date:  March 8, 2010<br>Time:  9:00 a.m.<br>Judge: Hon. Oliver W. Wanger |

      IT IS HEREBY STIPULATED by and between the parties hereto, through their respective counsel of record that the initial appearance in the above-captioned matter scheduled for February 8, 2010 at 9:00 a.m., may be continued to **March 8, 2010 at 9:00 a.m., before Judge Oliver W. Wanger.**

      It is further stipulated that these proceedings may be conducted via video conference. The defendant, Mr. Devine, resides in Houston, Texas and arrangements will be made for him to appear via videoconference from the U.S. Probation Office in Houston, Texas. Continuance of the hearing in this matter will provide judicial economy and conserve time and resources for all parties and the court.

///

///

///

///

1  ///

|   |   |   |
|---|---|---|
| | | BENJAMIN B. WAGNER<br>United States Attorney |
| DATED: February 5, 2010 | By: | /s/ *Mark Cullers*<br>MARK CULLERS<br>Assistant U.S. Attorney<br>Attorney for Plaintiff |
| | | |
| | | DANIEL J. BRODERICK<br>Federal Public Defender |
| DATED: February 5, 2010 | By: | /s/ *Victor M. Chavez*<br>VICTOR M. CHAVEZ<br>Assistant Federal Defender<br>Attorney for Defendant<br>Deon Westley Devine |

IT IS SO ORDERED.

**Dated:    February 5, 2010**           /s/ Oliver W. Wanger
                                         UNITED STATES DISTRICT JUDGE

Devine:  Stipulation to Continue Status Conference Hrg